[No. 10,007.]

## THE PEOPLE *v.* TIMOTHY HALL.

NON-APPEALABLE ORDER.—An appeal does not lie from an order overruling a demurrer to an indictment.

APPEAL from the County Court of Trinity County.

The defendant was indicted for grand larceny; he demurred to the indictment; the demurrer was overruled; he was convicted, and appealed from the order overruling the demurrer.

*C. E. Williams,* for Appellant.

*G. A. Blanchard,* for Respondent, moved to dismiss the appeal, on the ground that an appeal cannot be taken from an order overruling a demurrer.

By the COURT:

This is an appeal taken from an order of the Court below

overruling the demurrer of the prisoner to an indictment for grand larceny. An appeal does not lie from such an order.

Appeal dismissed.